UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES<br><br>v.<br><br>HERMINIO FLORES SANTIAGO,<br><br>DEFENDANT. | Criminal. No. 06-840 (FSH)<br><br><br>ORDER |

THIS MATTER having come before the Court on the application of the defendant, Herminio Flores Santiago, through his attorneys, Gibbons P.C., pursuant to an Order granting a limited remand from the Court of Appeals for the Third Circuit, and the Court having considered the documents filed by counsel, and for good cause shown;

IT IS on this _26_ day of May, 2009

**ORDERED** that the Judgment of Conviction in this case dated July 23, 2007 (docket document # 102) is amended to reduce the term of defendant's imprisonment from 59 months to 56 months; and it is further

**ORDERED** that a copy of this Order shall be served upon the Bureau of Prisons, which shall recalculate Defendant's good time and any other credits accordingly.

Honorable Faith S. Hochberg
United States District Judge